**2009–2028.   State v. Davis.**
Licking App. No. 09–CA–0019, 2009-Ohio-5175. Discretionary appeal accepted on Proposition of Law No. I.
    MOYER, C.J., and LUNDBERG STRATTON and LANZINGER, JJ., would also accept the appeal on

Proposition of Law No. II.

PFEIFER, O'DONNELL, and CUPP, JJ., dissent.